**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CITIGROUP GLOBAL MARKETS                                                                PLAINTIFF
HOLDINGS, INC.

v.                                      No. 4:07CV00617 JLH

DENNIS CHAD FASON                                                                       DEFENDANT

## ORDER

Citigroup Global Markets Holdings, Inc., has filed a petition to confirm an arbitration award against Dennis Chad Fason. Fason entered an appearance and filed a motion for extension of time to respond to the petition. The Court granted that motion and entered an Order extending the time to answer up to and including September 5, 2007. Fason did not respond by September 5 and has not yet responded even though the time for doing so has expired.

Citigroup Global Markets Holdings, Inc., has filed a motion for default judgment. Document #8. That motion is GRANTED. The arbitration award in the amount of $324,038.48 is hereby confirmed. Judgment will be entered separately in that amount plus post-judgment interest.

IT IS SO ORDERED this 25th day of October, 2007.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE